## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL NO. 25-CR-169 (CJN)** |
| | : | |
| **ZACHARY BRANDNER,** | : | |
| Defendant. | : | |

### CONSENT MOTION TO SCHEDULE STATUS HEARING AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully files this motion to schedule a status hearing and exclude time under the Speedy Trial Act. In support thereof, the government states as follows:

1. On June 3, 2025, Brandner was arrested and charged by Criminal Complaint with one count of Distribution of Child Pornography, in violation of 18 U.S.C. §2252(a)(2). On June 6, 2025, the Honorable Magistrate Judge Faruqui ordered that the defendant be held pending trial. A preliminary hearing was set for June 17, 2025.

2. On June 12, 2025, a grand jury returned an indictment against Brandner for one count of Distribution of Child Pornography, in violation of 18 U.S.C. §2252(a)(2). At this time, there are no future dates scheduled in this matter.

3. The parties, therefore, would respectfully request that the Court schedule a status hearing in this matter. The parties have conferred and are available June 18, June 20, and June 24, 2025, to appear before the Court. The parties agree the exclusion of time under the Speedy Trial Act between the date of this filing and the next status date is appropriate, would serve the interests of justice, and outweigh the interests of the public and the

defendant in a speedy trial, and will allow the parties to continue to review discovery. Therefore, the parties agree that pursuant to 18 U.S.C. § 3161, the time from June 17, 2025, through the next court date shall be excluded in computing the date for speedy trial in this case.

Wherefore, the parties respectfully request that the Court schedule a status hearing in this matter and exclude time under the Speedy Trial Act.

                Respectfully submitted,

                JEANINE FERRIS PIRRO
                UNITED STATES ATTORNEY


By:    */s/ Janani Iyengar*
      Janani Iyengar
      Assistant United States Attorney
      NY Bar No. 5225990
      U.S. Attorney's Office
      601 D Street, N.W.
      Washington, D.C. 20530
      202-252-7760
      janani.iyengar@usdoj.gov

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **CRIMINAL NO. 25-CR-169 (CJN)** |
| : | |
| **ZACHARY BRANDNER** : | |
| : | |
| **Defendant.** : | |

## ORDER

Based upon the representations in the government's Consent Motion to Schedule a Status Hearing and to Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, it is hereby

**ORDERED** that the motion is **GRANTED**; it is further

**ORDERED** that a status hearing in this matter will be scheduled on _____ at _____ a.m./p.m.; and it is further

**ORDERED** that the time between June 17, 2025, and _____ be excluded from calculation under the Speedy Trial Act, *see* 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by excluding time until the status hearing outweighs the best interests of the public and the defendant in a speedy trial, as the parties continue to review discovery.

_____
THE HONORABLE JUDGE CARL J. NICHOLS
UNITED STATES DISTRICT JUDGE