UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **CRIMINAL NO. 25-CR-169 (CJN)** |
| : | |
| **ZACHARY BRANDNER,** : | |
| **Defendant.** : | |

**CONSENT MOTION TO CONTINUE SENTENCING HEARING**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully files this motion to continue the March 9, 2026, sentencing hearing. In support thereof, the government states as follows:

1. On November 24, 2025, the Court scheduled a sentencing hearing in this matter for March 9, 2026. The government is seeking additional time for the sentencing hearing to gather additional information related to its sentencing argument. The government has discussed this with defense counsel, who consents to the motion to continue the hearing.

2. The parties, therefore, would respectfully request that the Court continue the March 9, 2026, sentencing hearing until the week of May 11, 2026.

Wherefore, the parties respectfully request that the Court schedule a sentencing hearing the week of May 11, 2026.

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

By:    _/s/ Janani Iyengar_
Janani Iyengar
Assistant United States Attorney
NY Bar No. 5225990
U.S. Attorney's Office
601 D Street, N.W.
Washington, D.C. 20530
202-252-7760
janani.iyengar@usdoj.gov

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| v. | : **CRIMINAL NO. 25-CR-169 (CJN)** |
| | : |
| **ZACHARY BRANDNER** | : |
| | : |
| **Defendant.** | : |

## ORDER

Based upon the representations in the government's Consent Motion to Continue the Sentencing Hearing, and upon consideration of the entire record, it is hereby

**ORDERED** that the motion is **GRANTED**; it is further

**ORDERED** that a sentencing hearing in this matter will be scheduled on _____ at _____ a.m./p.m.

_____
THE HONORABLE JUDGE CARL J. NICHOLS
UNITED STATES DISTRICT JUDGE